### John Kirby and Edward Kirby v. Edward Watkeys.

THE defendant had, after due notice, obtained a rule in the last term for a commission, in which the plaintiff did not join, to examine a person in *Port Republican*, and since then had not given any notice of further proceedings under the commission. On these facts

*Harison* moved to vacate the rule.

*Per Curiam.* Let the rule be so far vacated as to permit the plaintiffs to proceed to trial notwithstanding the commission.

N. B. On a commission to *England* the court will, after eight months without return, give leave to proceed to trial, notwithstanding the commission; but this does not prevent cause being shown at the circuit, why the trial should not then be put off.